UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MACK WELLS                                                                      PETITIONER

V.                                                    CIVIL ACTION NO. 3:11CV392 DPJ-FKB

RONALD KING                                                                    RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the unopposed Report and

Recommendation [16] of the United States Magistrate Judge, after referral of hearing by this

Court.  Magistrate Judge Ball recommended dismissal of Wells's petition for writ of habeas

corpus as untimely pursuant to 28 U.S.C. § 2244(d).  The Court, having fully reviewed the

unopposed Report and Recommendation of the United States Magistrate Judge entered in this

cause, and being duly advised in the premises, finds that said Report and Recommendation

should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [16] of United

States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this

Court, Respondent's motion to dismiss [11] is granted,  and the same entire action should be

dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2012.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE